# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DORTHEA DAVID,**<br><br>    *Plaintiff,*<br><br>v.<br><br>**WAL-MART STORES EAST, LP, et al.**<br><br>    *Defendants.* | **Case No. 2:18-cv-04864-JDW** |

## ORDER

**AND NOW**, this 2nd day of March, 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 35), and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** as follows:

1. Defendants' Motion for Summary Judgment (ECF No. 35) is **GRANTED**;

2. **JUDGEMENT IS ENTERED** in favor of Wal-Mart Stores East, LP and Divisions Maintenance Group against Dorthea David; and

3. The Clerk of Court shall close this case for statistical purposes.

**BY THE COURT:**

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J.